UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS OLIVERA | : | |
| | : | C.A. No. 05-069S |
| vs. | : | CR. No. 03-70-01S |
| | : | |
| UNITED STATES OF AMERICA | : | |

GOVERNMENT'S MOTION FOR A CONTINUANCE
TO RESPOND TO PETITIONER'S MOTION
UNDER 28 U.S.C. § 2255

The United States moves for a continuance to respond to Petitioner's Motion under 28 U.S.C. § 2255, the United States submits the accompanying memorandum.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee /GBS
ZECHARIAH CHAFEE
Assistant U.S. Attorney

3

CERTIFICATION OF SERVICE

I hereby certify that on this 3rd day of May, 2005 a copy of the within Government's Motion for a Continuance, by mail by regular mail, postage pre-paid, to:

Luis Olivera
Rhode Island Department of Correction
P.O. Box 8249
Cranston, RI 02920

Paula Hasey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS OLIVERA | : | |
| | : | C.A. No. 05-069S |
| vs. | : | CR. No. 03-70-01S |
| | : | |
| UNITED STATES OF AMERICA | : | |

GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S MOTION FOR A CONTINUANCE TO RESPOND TO PETITIONER'S MOTION UNDER 28 U.S.C. § 2255

The government moves for an additional 30 days to answer petitioner Luis Olivera's motion under 28 U.S.C. § 2255. As grounds for its motion the government observes that it was only given from April 14, 2005 when it received the order until May 4, 2005 to respond. This is a 10 day shorter period than the 30 days usually ordered for such a response. Also, the memorandum in support of petitioners seven page motion consist of 13 pages of unspaced lines of hand writing. This is most difficult to decipher especially given the pro se nature of the arguments.

The government is in the midst of responding to a difficult 28 U.S.C. § 2255 motion in another court and seeks time to do a proper job on both of them .

The government asks until June 3, 2005 to have its response filed.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 3rd day of May, 2005 a copy of the within Government's Memorandum In Support of It's Motion for a Continuance, by mail by regular mail, postage pre-paid, to:

Luis Olivera
Rhode Island Department of Correction
P.O. Box 8249
Cranston, RI 02920

Paula Hasey