5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS OLIVERA | : | |
| | : | C.A. No. 05-069S |
| vs. | : | CR. No. 03-70-01S |
| | : | |
| UNITED STATES OF AMERICA | : | |

GOVERNMENT'S MOTION FOR A CONTINUANCE
TO RESPOND TO PETITIONER'S MOTION
UNDER 28 U.S.C. § 2255

The United States moves for a continuance to respond to Petitioner's Motion under 28 U.S.C. § 2255, the United States submits the accompanying memorandum.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee /GBS
ZECHARIAH CHAFEE
Assistant U.S. Attorney

Granted
WMM
USDJ
5/4/05

(4)