IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS OLIVERA | ) | |
| | ) | C.A. No. 05-069S |
| v. | ) | CR No. 03-70-01S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S OBJECTION TO PETITIONER'S
MOTION TO VACATE, SET ASIDE OR CORRECT
HIS SENTENCE UNDER 28 U.S.C. § 2255

The United States opposes Petitioner's Motion to Vacate, Set Aside or Correct his sentence under 28 U.S.C. § 2255. In support of this Opposition, the United States submits the accompanying memorandum.

Respectfully Submitted,

UNITED STATES OF AMERICA

By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2005, I served a copy of the within Opposition's To Petitioner's Motion To Vacate, Set Aside or Correct His Sentence under 28 U.S.C. § 2255, by first-class, postage prepaid mail, to:

Luis Olivera, ID #99710
Intake Service Center, E. Mod 115B
P.O. Box 8249
Cranston, RI 02920

Paula Harvey