United States District Court
For The District Of Rhode Island

Luis Olivera C.A. No. 05-069S
Vs. CR. No. 03-70-01s
United States Of America

Rebutta Motion To Government's Objection To Petitioners Motion To Vacate, Set Aside or Correct His sentence under 28 U.S.C. 2255

Now comes Petitioner, Luis Olivera and Prays that this Honorable Court will accept his Rebutta motion and deny the Governments argument stating Petitioners 28 U.S.C. 2255 as being Premature.

Statement Of Facts In Support Of Petitioner's Rebutta motion

Petitioner states that his 28 U.S.C. 2255 motion to Vacate, set Aside or CORRECT his sentence is based on several Constitutional Violations thereby, making the entire arrest and sentence illegal, subjecting him to unlawfully imprisonment.

II

Petitioner contends that his sixth Amendment Right to have effective assistance of Counsel has been violated through out the Arrest and Trial Proceeding and Not merely on the sentencing Phase as the Government is contending.

Petitioner further brings it to the attention of the court that his U.S.C. 2255 consists of being denied the Right to have Compulsory Process for obtaining witness in his favor, and that Counsel Provided him with misrepresentation, thereby, violating his Fourthteenth Amendment Right to have due Process and equal Protection of the law.

Petitioner says he is a Layman at law and although he is filing the Rebutta motion Pro se, He is unqualified to Represent himself in this matter, therefore, he Prays the Honorable Court to appoint Counsel, and to Allow him to Proceed without delay with his U.S.C. 2255 motion

Respectfully Submitted,
Luis Olivera

ON This DATE 6-23-05