**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LUIS OLIVERA :
:
vs. : C.A. No. 05–069-S
: ( Cr. No. 03-70-01-S)
UNITED STATES :

**ORDER**

Pending before the court is a Motion under 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence by a Person Federal Custody brought by Petitioner Luis Olivera.

This Court takes notice that Petitioner currently has a direct appeal from his underlying conviction and sentence pending with the United States Court of Appeals for the First Circuit. See United States v. Olivera, Dkt. No. 04-1278, filed on March 1, 2004.

Under First Circuit law, absent extraordinary circumstances, a § 2255 petition should be dismissed as premature if it is brought while the prisoner's direct appeal from a conviction remains pending. See United States v. Diaz-Martinez, 71 F.3d 946, 953 (1st Cir.1995); and United States v. Gordon, 634 F.2d 638, 638-639 (1st Cir.1980). See also Pratt v. United States, 129 F.3d 54, 60-61 (1st Cir. 1997), cert. denied, 523 U.S. 1123, 118 S.Ct. 1807 (1998).

Petitioner has not attempted to make any showing of extraordinary circumstances, nor does the Court find any such circumstances to exist.

Therefore, it is hereby ORDERED that Petitioner's motion to vacate be DISMISSED without prejudice to filing a new motion under 28 U.S.C. § 2255, if warranted, after the final resolution of Petitioner's direct appeal.

SO ORDERED: ENTER:

WSmith
District Judge
Date: 7/19/05

Clerk